UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING OF MARIN, a California non-profit corporation; ADILIA AGUIRRE GUERRA<br><br>Plaintiffs,<br>vs.<br>RAMONA M. FLOOD; ELIZABETH F. MACK; DONNA MACK; DANA M. LIMOLI; JOAN FASSI; and, EUGENE FASSI;<br><br>Defendants. | Case No. C-06-5749 EMC<br><br>[~~PROPOS~~ED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR ENLARGEMENT OF TIME TO SERVE DEFENDANTS ELIZABETH MACK AND DANA LIMOLI |

Having considered plaintiff's application for enlargement of time to serve defendants Elizabeth Mack and Dana Limoli, and good cause appearing therefor, it is hereby ordered that plaintiff is granted an additional forty-five (45) days to serve defendants Mack and Limoli.

It is so ordered.

Dated: January 17, 2007

_____

IT IS SO ORDERED

Judge Edward M. Chen

[PROPOSED] ORDER PLAINTIFF'S APPLICATION FOR
ENLARGEMENT OF TIME TO SERVE DEFENDANTS ELIZABETH
MACK AND DANA LIMOLI - CASE NO. C-06-5749 EMC

1 Submitted by:

2 RELMAN & ASSOCIATES
1225 19TH Street NW, Suite 600
3 Washington DC 20036

4

5

6
By    /s/ D. Scott Chang
7          D. Scott Chang
      Attorney for Plaintiff
8       Adelia Aguirre Guerra

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

[PROPOSED] ORDER PLAINTIFF'S APPLICATION FOR
ENLARGEMENT OF TIME TO SERVE DEFENDANTS ELIZABETH
MACK AND DANA LIMOLI - CASE NO. C-06-5749 EMC