```
 1  RELMAN & ASSOCIATES
       D. Scott Chang (SBN 146403)
 2  1225 19TH Street NW, Suite 600
    Washington DC 20036
 3  Telephone: (202) 728-1888
    Facsimile: (202) 728-0848
 4  schang@relmanlaw.com

 5  Attorney for Plaintiff
    Adilia Aguirre Guerra
 6
    BRANCART & BRANCART
 7    Christopher Brancart (SBN 128475)
      Liza Cristol-Deman (SBN 190516)
 8  Post Office Box 686
    Pescadero, California  94060
 9  Tel:    (650) 879-0141
    Fax:    (650) 879-1103
10  cbrancart@brancart.com
    lcristoldeman@brancart.com
11
    Attorney for Plaintiff
12  Fair Housing of Marin
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING OF MARIN, a California Non-Profit Corporation; ADILIA AGUIRRE GUERRA,<br><br>　　　　　Plaintiffs,<br>vs.<br>RAMONA M. FLOOD; ELIZABETH M. MACK; DONNA MACK; DANA M. LIMOLI; JOAN FASSI; and, EUGENE FASSI;<br><br>　　　　　Defendants. | Case No. C-06-05749 EMC<br><br>PLAINTIFF FAIR HOUSING OF MARIN'S NOTICE OF JOINDER IN PLAINTIFF ADILIA AGUIRRE GUERRA'S APPLICATION FOR ENLARGEMENT OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANTS ELIZABETH MACK AND DANA LIMOLI; [P~~ROPOSED~~] ORDER |

　　　　For the reasons stated in plaintiff Adilia Aguirre Guerra's Application for Enlargement of Time to Serve Elizabeth Mack and Dana Limoli, filed on January 16, 2007, plaintiff Fair Housing of Marin hereby requests an additional 45 days to serve the

PLAINTIFF FAIR HOUSING OF MARIN'S NOTICE OF JOINDER IN PLAINTIFF GUERRA'S APPLIC. FOR ENLARGEMENT OF TIME TO SERVE ELIZABETH MACK AND DANA LIMOLI; [PROPOSED] ORDER

1

1 | summons and complaint on those defendants.

2 | There is good cause to grant co-plaintiff Fair Housing of Marin's request for enlargement of time. First, plaintiffs have diligently attempted to serve defendants with the summons and complaint, as set forth in plaintiff Guerra's application and attached declaration of D. Scott Chang. Second, there is no prejudice to defendants.

Accordingly, plaintiff Fair Housing of Marin joins in Ms. Guerra's request and seeks an additional 45 days in which to serve the summons and complaint on defendants Elizabeth Mack and Dana Limoli. A proposed order follows this notice.

Dated: January 19, 2007.

Respectfully submitted,

BRANCART & BRANCART

/s/ Liza Cristol-Deman

Liza Cristol-Deman
Brancart & Brancart
Attorneys for Plaintiff Fair Housing of Marin

---

PLAINTIFF FAIR HOUSING OF MARIN'S NOTICE OF JOINDER IN PLAINTIFF GUERRA'S APPLIC. FOR ENLARGEMENT OF TIME TO SERVE ELIZABETH MACK AND DANA LIMOLI; [P~~ROP~~OSED] ORDER

# [PROPOSED] ORDER

Having considered plaintiff Fair Housing of Marin's notice of joinder in plaintiff Adilia Aguirre Guerra's application for enlargement of time to serve defendants Elizabeth Mack and Dana Limoli, and good cause appearing therefor, it is hereby ordered that plaintiff Fair Housing of Marin is granted an additional 45 days /from 1/17/07 to serve defendants Mack and Limoli.

IT IS SO ORDERED.

Dated: January 29, 2007.



_____
Hon. E
United

PLAINTIFF FAIR HOUSING OF MARIN'S NOTICE OF JOINDER IN PLAINTIFF GUERRA'S APPLIC. FOR ENLARGEMENT OF TIME TO SERVE ELIZABETH MACK AND DANA LIMOLI; [PROPOSED] ORDER