# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FAIR HOUSING OF MARIN et al.

                      Plaintiff(s),

CASE NO. C-06-5749 EMC

v.

RAMONA FLOOD et al.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

                      Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
✓      Early Neutral Evaluation (ENE) (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 3/27/07

                                                                   _A. Satchham_
                                                                   Attorney for Plaintiff

Dated: 3/27/07

                                                               _See attached Signature_
                                                                   Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAIR HOUSING OF MARIN et al.

CASE NO. C-06-5749 EMC

Plaintiff(s),

v.

RAMONA FLOOD et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓     Early Neutral Evaluation (ENE)  (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 3/27/07

_____
Attorney for Plaintiff

Dated: 3/27/07

_____
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
✓    Early Neutral Evaluation (ENE)
      Mediation
      Private ADR

Deadline for ADR session
✓    90 days from the date of this order.
      other

IT IS SO ORDERED.

Dated: March 28, 2007



UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On March 27, 2007, I served a true and correct copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

upon the following person(s):

Mr. Thomas H. Carlson, Rogers Joseph O'Donnell, 311 California Street, San Francisco, CA 94104; and

Mr. Scott Chang, Relman & Dane PLLC, 1225 19th Street NW, Suite 600, Washington, DC 20036

|    |    |
|----|----|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
|    | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
| XX | **BY ELECTRONIC MAIL**: By transmitting the above document(s) to the email addresses of the persons designated above, or by electronically filing the documents on the Court's ECF system. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 27, 2007, at Loma Mar, California.

Liza Cristol-Deman