1  RELMAN & ASSOCIATES
     D. Scott Chang (SBN 146403)
2  1225 19TH Street NW, Suite 600
   Washington DC 20036
3  Telephone: (202) 728-1888
   Facsimile: (202) 728-0848
4  schang@relmanlaw.com

5  Attorney for Plaintiff
   Adilia Aguirre Guerra
6
   BRANCART & BRANCART
7    Christopher Brancart (SBN 128475)
     Liza Cristol-Deman (SBN 190516)
8  Post Office Box 686
   Pescadero, California  94060
9  Tel:   (650) 879-0141
   Fax:   (650) 879-1103
10 cbrancart@brancart.com
   lcristoldeman@brancart.com
11
   Attorney for Plaintiff
12 Fair Housing of Marin

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 FAIR HOUSING OF MARIN, a              )   Case No. C-06-05749 EMC
   California Non-Profit Corporation;    )
18 ADILIA AGUIRRE GUERRA,                )   JOINT APPLICATION AND
                                         )   STIPULATION FOR ISSUANCE OF
19              Plaintiffs,              )   PROTECTIVE ORDER; [PROPOSED]
         vs.                             )   ORDER
20                                       )
   RAMONA M. FLOOD; ELIZABETH M.         )
21 PETROVICH; DONNA MACK; DANA M.        )
   LIMOLI; JOAN FASSI; and, EUGENE       )
22 FASSI;                                )
                                         )
23              Defendants.              )
                                         )
24 _____)

25      The parties to this action, by and through their respective counsel, hereby apply

26 ///

27 ///

28

---

JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF PROTECTIVE ORDER; [PROPOSED] ORDER
CASE NO. 06-05749 EMC

1

for and stipulate to the issuance of the protective order attached hereto.

Respectfully submitted,

BRANCART & BRANCART

Dated: March 23, 2007

_Liza Cristol-Deman_
Attorneys for Plaintiff
  Fair Housing of Marin

RELMAN & ASSOCIATES

Dated: March 23, 2007

_D. Scott Chang_
Attorneys for Plaintiff
  Adilia Aguirre Guerra

ROGERS JOSEPH O'DONNELL

Dated: 3-23, 2007.

_Thomas H. Carlson_
Attorneys for Defendants
  Ramona M. Flood, Donna Mack, Eugene Fassi and Joan Fassi

**PROTECTIVE ORDER**

**IT IS HEREBY ORDERED THAT:**

1. As used in this Protective Order, "Confidential Information" means:

    (a) Documents that were created or maintained by Fair Housing of Marin memorializing, reflecting, explicating, or otherwise referring to fair housing testing at the rental premises that is the subject of the above-captioned matter, including tester assignments, tester reports, test analyses, and case summaries;

    (b) The last names, addresses, telephone numbers, social security numbers, and dates of birth of the fair housing testers connected with the investigations conducted by Fair Housing of Marin at the rental premises that is the subject of the above-captioned matter.

    (c) Documents that relate to rental applications, lease agreements, tenant files, tenant ledgers, and other documents that contain proprietary or confidential information relating to the rental, ownership, and maintenance of the subject premises.

2. Confidential Information shall be disclosed by defendants or their counsel only in accordance with the terms of this Protective Order and shall be used solely for the purposes of this action and shall not be used by defendants or their counsel for any other purpose.

3. Confidential Information shall not be disclosed by defendants or their counsel to anyone other than the Court and its officers, government officials associated with this action, counsel for defendants and their agents and employees, including investigators, and the parties, all of whom shall be advised of, and bound by, the terms of this Protective Order.

4. Any party filing any document that contains Confidential Information shall file that document under seal with the Court / in accordance with civ. L.R. 79-5 and labeled with the following statement:

/////

/////

"Confidential Information --

Filed Under Seal Pursuant to Protective Order"

To the extent feasible, only such pages or exhibits or portions thereof that are designated by the parties as Confidential Information shall be lodged under seal.

5.  Prior to hearings or testimony before the Court in this case, the parties, in the event that it is known reasonably in advance of such hearing or testimony that matters involving Confidential Information will be raised, shall so advise the Court.

6.  Nothing in this Protective Order shall affect the admissibility of any Confidential Information in this action.

7.  Within 30 days after the termination of this action all Confidential Information produced by plaintiffs shall be returned to plaintiffs' counsel.

8.  Nothing in this Protective Order shall be construed to unduly hamper the rights of the parties to prosecute and defend this action. Nothing in this Protective Order shall preclude any party from moving the Court for modification of any terms and conditions thereof. Any party may, at any time, move the Court for modification of this Protective Order.

IT IS SO ORDERED.

DATED: __March 28__, 2007.



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

---

JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF PROTECTIVE ORDER; [PROPOSED] ORDER
CASE NO. 06-05749 EMC

4

## PROOF OF SERVICE

I am over the age of 18 and am not a party to the within action. My business address is 8205 Pescadero Road, Loma Mar, California 94021.

On March 23, 2007, I served a true and correct copy of the following document(s):

**JOINT APPLICATION AND STIPULATION FOR ISSUANCE OF PROTECTIVE ORDER; [PROPOSED] ORDER**

upon the following person(s):

Mr. Thomas H. Carlson, Rogers Joseph O'Donnell, 311 California Street, San Francisco, CA 94104; and

Mr. Scott Chang, Relman & Dane PLLC, 1225 19th Street NW, Suite 600, Washington, DC 20036

|    | |
|----|---|
|    | **BY HAND DELIVERY**: By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above. |
| XX | **BY MAIL**: By placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Loma Mar, California, addressed as set forth above. |
|    | **BY THIRD-PARTY COMMERCIAL CARRIER (OVERNIGHT DELIVERY)**: By delivering a copy thereof to a third-party commercial carrier, addressed as set forth above, for delivery on the next business day. |
|    | **BY FACSIMILE**: By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above. |

I certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 23, 2007, at Loma Mar, California.

*/s/ Jordy Cohen*
Jordy Cohen