1  D. SCOTT CHANG (State Bar No. 146403)
   RELMAN & DANE PLLC
2  1225 19th Street NW, Suite 600
   Washington, DC 20036
3  Telephone: 202.728.1888
   Facsimile: 202.728.0848
4  schang@relmanlaw.com

5  Attorneys for Plaintiff
   ADILIA AGUIRRE GUERRA
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| FAIR HOUSING OF MARIN, a California non-profit corporation; ADILIA AGUIRRE GUERRA, | Case No. C 06 5749 EMC |
|---|---|
| Plaintiffs, | **STIPULATED DISMISSAL AND ORDER THEREON** |
| vs. | |
| RAMONA M. FLOOD; ELIZABETH F. MACK; DONNA A. MACK; DANA M. LIMOLI; JOAN FASSI; and EUGENE FASSI, | |
| Defendants. | |

Plaintiff ADILIA AGUIRRE GUERRA, by and through her attorneys of record, hereby dismisses each and every claim, count and cause of action in the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with the

//
//
//
//
//
//
//
//

Page 1

Stipulated Dismissal and Order Thereon – Case No. C 06 5749 EMC

258652.1

1  relevant parties to bear their own costs and attorneys' fees as against each other (only).

2  Dated: June 6, 2007                    RELMAN & DANE PLLC
3                                          Attorneys for Plaintiff

4                                          By: /s/ D. Scott Chang

5           IT IS SO STIPULATED.

6  Dated: June 6, 2007.                   ROGERS JOSEPH O'DONNELL
7                                          Attorneys for Defendants

8                                          By: /s/ Thomas H. Carlson

   IT IS SO ORDERED:
9
10
   _____
11 Edward M. Chen
   U.S. Magistrate Judge
12 Dated: June 12, 2007