1  BRANCART & BRANCART
     Christopher Brancart (SBN 128475)
2    Liza Cristol-Deman (SBN 190516)
   Post Office Box 686
3  Pescadero, California 94060
   Tel: (650) 879-0141
4  Fax: (650) 879-1103
   cbrancart@brancart.com
5  lcristoldeman@brancart.com

6  Attorney for Plaintiff
   Fair Housing of Marin

7

8                    UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11
   FAIR HOUSING OF MARIN, a              )   Case No. C-06-05749 EMC
12 California Non-Profit Corporation;    )
                                         )   NOTICE OF SETTLEMENT AND
13              Plaintiffs,              )   INTENT TO FILE PROPOSED
           vs.                           )   CONSENT DECREE AND
14                                       )   STIPULATED DISMISSAL;
   RAMONA M. FLOOD; ELIZABETH            )   [PROPOSED] ORDER CONTINUING
15 MACK; DONNA MACK; DANA M.             )   CASE MANAGEMENT CONFERENCE
   LIMOLI; JOAN FASSI; and, EUGENE       )
16 FASSI;                                )
                                         )
17              Defendants.              )
                                         )
18 _____ )

19       On July 12, 2007, the parties in the above-captioned matter participated in an

20 ENE session with Mr. Todd Boley through the Northern District's ADR Program. The

21 ENE session and subsequent negotiations between the parties have resulted in a full

22 and complete resolution of the case. The parties intend to file a proposed consent

23 decree and final order, and a stipulation for dismissal, within the next 14 days.

24       Because the case has been resolved and the final settlement documents are

25 circulating among the parties, the parties respectfully request that the Court continue

26 the case management conference currently scheduled for September 12, 2007, until

27 ///

28

1  October 17, 2007, at 2:30 p.m.
2      Plaintiff's counsel attests that defense counsel approves of this notice and it
3  comports with the agreement of the parties.
4      Dated: August 28, 2007.

Respectfully submitted,

BRANCART & BRANCART

_____
Liza Cristol-Deman
Attorneys for Plaintiff Fair Housing of Marin

NOTICE OF SETTLEMENT AND INTENT TO FILE PROPOSED CONSENT DECREE AND STIPULATED DISMISSAL; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE –
CASE NO. C-06-5749 EMC

2

1 [~~PROPOSED~~] ORDER

2 Based on the notice of settlement filed in this case, and good cause appearing
3 therefor, it is hereby ordered that the case management conference is continued until from 9/12/07
4 October 17, 2007, at 2:30 p.m.    A joint CMC statement shall be filed by 10/10/07.

5 IT IS SO ORDERED.



Hon. Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen