BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, California  94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorney for Plaintiff
Fair Housing of Marin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING OF MARIN, a California Non-Profit Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAMONA M. FLOOD; ELIZABETH F. MACK; DONNA MACK; DANA M. LIMOLI; JOAN FASSI; and, EUGENE FASSI;<br><br>　　　　　Defendants. | Case No. C-06-05749 EMC<br><br>[PROPOSED] CONSENT DECREE AND FINAL ORDER |

　　　　This action was brought by plaintiffs, Adilia Aguirre Guerra and Fair Housing of Marin, alleging that defendants violated the federal Fair Housing Act, 42 U.S.C. section 3601 et seq. and the California Fair Employment and Housing Act, Government Code section 12955 et seq., by discriminating against Latinos based on national origin in the rental of apartments located at 350 and 356 Du Bois Street in San Rafael, California (hereafter, "Du Bois Apartments").  Plaintiff Adilia Aguirre Guerra previously dismissed her claims against defendants by way of stipulation on June 6, 2007.  Fair Housing of Marin is the sole remaining plaintiff.

　　　　Defendants have denied that they discriminated in the rental of housing or otherwise violated any of the laws alleged by plaintiffs.

　　　　The parties have agreed that in order to avoid protracted and costly litigation the controversy should be resolved without a trial or adjudication on the merits and

therefore have consented to entry of this decree and order. By entering into this consent decree and final order ("order"), defendants make no admission of liability or wrongdoing in connection with the allegations and claims made by plaintiffs.

It is hereby ordered, adjudged and decreed that:

1. Defendant shall make a payment to plaintiff Fair Housing of Marin in the amount of twenty-eight thousand dollars ($28,000.00) in the form of a check made payable to the Attorney-Client Trust Account of Brancart & Brancart. This amount is inclusive of all damages and attorneys' fees and costs to be paid to plaintiff Fair Housing of Marin. At least $14,000 shall be paid to plaintiff within 60 days of entry of this order. The balance shall be paid no later than December 31, 2007.

2. Plaintiff Fair Housing of Marin and defendants shall execute mutual waivers and releases indicating that this consent decree and final order constitutes a full and final settlement of any and all claims that they have related to the subject matter of this lawsuit. Those mutual waivers and releases shall include a waiver of all known and unknown claims and a waiver of the rights of all parties under California Civil Code section 1542.

3. Defendants, their employees, agents and all others acting on their behalf shall comply with the following terms during the duration of this order:

(a) Defendants shall comply with all federal and state housing discrimination laws;

(b) Defendants Ramona Flood, Joan Fassi, Eugene Fassi, and any of defendants' agents who have contact with tenants, contact with applicants, or who have authority to make decisions regarding applicants shall attend a special fair housing training session conducted by Fair Housing of Marin once within sixty days of entry of this order, and a refresher course also conducted by Fair Housing of Marin within 60 days of the one-year anniversary of the entry of this order;[1]

---

[1] Attending community-wide training sessions that are open to the general public (continued...)

(c) Defendants shall display a fair housing poster, HUD form 928.1, in a conspicuous location at the Du Bois Apartments;[2]

(d) Defendants shall retain records reflecting the existence of vacancies at the Du Bois Apartments for a period of not less than three years;

(e) Defendants shall request the name and phone number, or name and email address, of all persons who inquire about renting when there is a vacant apartment at the Du Bois Apartments, and maintain records reflecting such information for a period of not less than three years;

(f) Defendants shall retain all rental applications and supporting documentation including but not limited to credit reports, for a period of not less than three years. This provision is intended to encompass applications received from all individuals, regardless of whether the application is complete or incomplete, accepted or rejected;

(g) Defendants shall engage in affirmative advertising for all vacancies at the Du Bois Apartments by sending an email to the Canal Alliance and Novato Human Needs[3] regarding all available apartments, and by including the statement, "We're a Fair Housing Provider," or words to that effect, in all web postings, web ads, print ads, or flyers advertising vacancies at the Du Bois Apartments; and,

(h) Defendants shall self-report any housing discrimination complaints made

---

[1](...continued)
shall not satisfy the terms of this order. Instead, defendants must attend special training sessions, which shall be designed by Fair Housing of Marin staff to cover all fair housing laws with an emphasis on the allegations and evidence raised in this action. The costs of these training sessions are included in the payment referenced in paragraph 1, above. Defendants should contact Fair Housing of Marin at (415) 457-5025 to schedule mutually convenient dates, times, and locations for these training sessions.

[2]Copies of HUD forms are available free of charge by calling HUD at (800) 669-9777, or on HUD's website, located at www.hud.gov.

[3]Plaintiff will provide to defendants the names of appropriate staff members at each agency and their email addresses.

against them, or any of them, to the U.S. Department of Housing & Urban Development.

4. This order shall be in effect for a period of three years from the date of entry and the Court shall retain jurisdiction for purposes of enforcement. This order will terminate at the end of the three-year period.

5. The parties agree to attempt to work out in good faith any disputes that arise under the terms of this order. Only after good faith mediation attempts have been exhausted will the parties request the assistance of the Court in resolving the dispute.

Ordered this __11th__ day of ____September____, 2007.

*IT IS SO ORDERED*
*Judge Edward M. Chen*

_____
Hon. Edward M. Chen
United States Magistrate J.

Approved as to content and form:

BRANCART & BRANCART

Dated: Sept. 6, 2007.

_____
Liza Cristol-Deman
Attorneys for Plaintiff, Fair Housing of Marin

ROGERS JOSEPH O'DONNELL

Dated: August 28, 2007.

_____
Thomas H. Carlson
Attorneys for Defendants