BRANCART & BRANCART
Christopher Brancart (SBN 128475)
Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, California 94060
Tel: (650) 879-0141
Fax: (650) 879-1103
cbrancart@brancart.com
lcristoldeman@brancart.com

Attorney for Plaintiff
Fair Housing of Marin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING OF MARIN, a California Non-Profit Corporation,<br><br>　　　　Plaintiffs,<br>　vs.<br>RAMONA M. FLOOD; ELIZABETH F. MACK; DONNA MACK; DANA M. LIMOLI; JOAN FASSI; and, EUGENE FASSI;<br><br>　　　　Defendants. | Case No. C-06-05749 EMC<br><br>JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION SUBJECT TO CONSENT DECREE AND FINAL ORDER; [PROPOSED] ORDER |

The parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety with prejudice, subject to the terms of the consent decree and final

///
///
///
///
///
///

1 | order filed by the parties.
2 | So stipulated.

3 | BRANCART & BRANCART
4 | Dated: ~~August~~ Sept. 6, 2007.

6 | Liza Cristol-Deman
  | Attorney for Plaintiff

8 | ROGERS JOSEPH O'DONNELL

9 | Dated: August 28, 2007.

11 | Thomas H. Carlson
   | Attorney for Defendants

---

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION; PROPOSED ORDER
CASE NO. C-06-5749 EMC

2

1  [PROPOSED] ORDER

2       Based upon the foregoing application and stipulation and good cause appearing

3  therefor, it is hereby ordered that this action is dismissed in its entirety, subject to the

4  terms of the consent decree and final order and mutual release executed by the parties.

5       IT IS SO ORDERED.

6       Dated: __September 11_____, 2007.



IT IS SO ORDERED

Judge Edward M. Chen

JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION; PROPOSED ORDER
CASE NO. C-06-5749 EMC                                                          3